### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOUGLAS ROY CROSS, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-25-569-D |
| | ) |
| CHRISTE QUICK, | ) |
| | ) |
| Respondent. | ) |

### **O R D E R**

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Chris M. Stephens pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) [Doc. No. 4]. Judge Stephens recommends dismissing this action without prejudice under the doctrine set forth in *Younger v. Harris*, 401 U.S. 37 (1971). *See Seneca-Cayuga Tribe of Okla. V. State of Okl. ex. rel. Thompson*, 874 F.2d 709, 711(10th Cir. 1989) (explaining that the *Younger* doctrine "sets forth principles for determining when it is appropriate to abstain from interfering with a state judicial proceeding.").

The case file shows no timely objection to the Report nor request for an extension of time, even though Petitioner was expressly informed of his right to object, the procedure for doing so, and the consequences of failing to object. Therefore, the Court finds that Petitioner has waived further review of all issues addressed in the Report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 East 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996). For the reasons explained by Judge Stephens, the Court finds that this action should be dismissed without prejudice.

**IT IS THEREFORE ORDERED** that the Report and Recommendation [Doc. No. 4] is **ADOPTED** in its entirety. This action is **DISMISSED** without prejudice. A separate judgment shall be entered accordingly.

**IT IS SO ORDERED** this 25th day of June, 2025.

*[signature]*

TIMOTHY D. DeGIUSTI
Chief United States District Judge